912 F.2d 469w
 SS Sea-Land Legion
v.
U.S., Anapal (M.), Lynch (T.), Mooney (N.), Raed (M.),
Pooler (W.), Walter (M.), Marozas (P.), Moon (P.), Moustakas
(J.), Mullikin (P.), Swartz (B.), Burke (E.), Dickerman
(H.), Leclair (W.), Mosse (E.), Poneros (M.), MM&P
Individual Retirement Account Plan
 NO. 89-15978
 United States Court of Appeals,
Ninth Circuit.
 AUG 31, 1990
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 915 F2d 411.